# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ADVANTECH CO., LTD., ADVANTECH TECHNOLOGY CHINA CO., LTD., AND ADVANTECH SERVICE-IOT CO., LTD.,<br><br>  Defendants. | CIVIL ACTION NO. 6:21-cv-1331-ADA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF AMERICAN PATENTS LLC'S CORPORATE DISCLOSURE STATEMENT

Plaintiff American Patents LLC ("American Patents") is a Texas limited-liability company. American Patents has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated: January 4, 2022    Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON

& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Zachariah S. Harrington*
Zachariah S. Harrington