# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADVANTECH CO., LTD., ADVANTECH TECHNOLOGY CHINA CO., LTD., AND ADVANTECH SERVICE-IOT CO., LTD., <br><br> Defendants. | Civil Action No. 6:21-cv-1331-ADA <br><br> <u>JURY TRIAL DEMANDED</u> |

## **NOTICE OF APPEARANCE OF COUNSEL**

The undersigned attorney, Darlene F. Ghavimi, hereby enters a Notice of Appearance as counsel of record on behalf Defendants Advantech Co., Ltd., Advantech Technology China Co., Ltd., and Advantech Service-IOT Co., Ltd. in this case and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the aforementioned parties.

Dated: February 24, 2022

Respectfully submitted,

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi
(TX Bar No. 24072114)
**K&L GATES LLP**
2801 Via Fortuna, Suite #350
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com

1

*Attorney for Defendants Advantech Co., Ltd., Advantech Technology China Co., and Advantech Service-IOT Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 24, 2022, all counsel of record who have consented to electronic service have been served with a copy of this document via the Court's CM/ECF system.

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi