# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ADVANTECH CO., LTD., ADVANTECH TECHNOLOGY CHINA CO., LTD., AND ADVANTECH SERVICE-IOT CO., LTD.,<br><br>    Defendants. | Civil Action No. 6:21-cv-1331-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF AGREED EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to the Court's Standing Order Regarding Joint of Unopposed Requests to Change Deadlines dated August 11, 2021, Defendants Advantech Co., Ltd., Advantech Technology China Co., Ltd., and Advantech Service-IOT Co., Ltd., hereby provide notice that the parties have agreed to an additional 15 day extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint, up and until April 12, 2022, and have reserved all rights under Federal Rule of Civil Procedure 12(b).

Dated: March 24, 2022            Respectfully submitted,

    */s/ Darlene F. Ghavimi*
Darlene F. Ghavimi
TX Bar No. 24072114
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Tel.: (512) 482-6919
Fax: (512) 482-6859
darlene.ghavimi@klgates.com
*Attorney for Defendants Advantech Co., Ltd., Advantech Technology China Co., and Advantech Service-IOT Co., Ltd.*

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on March 23, 2022, counsel for Plaintiff conferred with counsel for Defendants and indicated that Plaintiff does not oppose the relief noticed herein.

    */s/ Darlene F. Ghavimi*
Darlene F. Ghavimi

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 24, 2022, all counsel of record who have consented to electronic service have been served with a copy of this document via the Court's CM/ECF system.

    */s/ Darlene F. Ghavimi*
Darlene F. Ghavimi