# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADVANTECH CO., LTD., ADVANTECH TECHNOLOGY CHINA CO., LTD., AND ADVANTECH SERVICE-IOT CO., LTD., <br><br> Defendants. | Civil Action No. 6:21-cv-1331-ADA <br><br> <u>JURY TRIAL DEMANDED</u> |

## **<u>NOTICE OF AGREED EXTENSION OF TIME TO RESPOND TO COMPLAINT</u>**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Defendants Advantech Co., Ltd., Advantech Technology China Co., Ltd., and Advantech Service-IOT Co., Ltd., hereby provide notice that the parties have agreed to an additional 15 day extension of time for Defendants to answer or otherwise respond to Plaintiff's Complaint, up and until April 27, 2022, and have reserved all rights under Federal Rule of Civil Procedure 12(b).

Dated: April 11, 2022

Respectfully submitted,

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi

TX Bar No. 24072114

**K&L GATES LLP**

2801 Via Fortuna, Suite #650

Austin, TX 78746

Tel.: (512) 482-6919

Fax: (512) 482-6859

darlene.ghavimi@klgates.com
 *Attorney for Defendants Advantech Co., Ltd., Advantech Technology China Co., and Advantech Service-IOT Co., Ltd.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on April 11, 2022, counsel for Plaintiff conferred with counsel for Defendants and indicated that Plaintiff does not oppose the relief noticed herein.

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 11, 2022, all counsel of record who have consented to electronic service have been served with a copy of this document via the Court's CM/ECF system.

*/s/ Darlene F. Ghavimi*

Darlene F. Ghavimi